UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO._____

| | |
|---|---|
| OCEAN VACATIONS REALTY TRUST, ) <br> OCEAN DEVELOPMENT PARTNERS ) <br> LLC, OCEAN REALTY PARTNERS LLC, ) <br> NICHOLAS FIORILLO, as TRUSTEE, ) <br> NICHOLAS FIORILLO, individually, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> RAYMOND GREEN, JOAN GREEN, ) <br> SPIRO STYLIANOPOULOS, NICHOLAS ) <br> NESGOS, DAVID REIER, RAYMOND C. ) <br> GREEN LENDING TRUST, RAYMOND ) <br> GREEN COMPANIES, INC., LAW FIRM ) <br> OF ARENTFOX SCHIFF LLP, STEVEN ) <br> DEAN, and DEAN AUCTION ASSOCS., ) <br> ) <br> Defendants, ) <br> and ) <br> ) <br> SMITH DUGGAN BEULL & RUFO LLP, ) <br> ANDREW P. STEMPLER, and OS ) <br> MANAGEMENT LLC, ) <br> ) <br> Reach & Apply Defendants. ) | Civil Action No. 2284CV001329 <br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1443 and 1446** |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§1443 and 1446, Plaintiff Nicholas Fiorillo ("Plaintiff" or "Fiorillo") hereby removes the above-captioned civil action, and all claims and causes of action therein, from the Suffolk County Superior Court to the United States District Court for the District of Massachusetts. The Plaintiff further states the as follows:

**Jurisdiction and Authority For Removal**

1. On or about June 14, 2022, a civil action was commenced against Defendants in the Suffolk County Superior Court in the Commonwealth of Massachusetts, entitled OCEAN VACATIONS REALTY TRUST, OCEAN DEVELOPMENT PARTNERS LLC, OCEAN REALTY PARTNERS LLC, NICHOLAS FIORILLO, as TRUSTEE, and NICHOLAS FIORILLO, individually, v. RAYMOND GREEN, JOAN GREEN, SPIRO STYLIANOPOULOS, NICHOLAS NESGOS, DAVID REIER, RAYMOND C. GREEN LENDING TRUST, RAYMOND GREEN COMPANIES, INC., ARENTFOX SCHIFF LLP, STEVEN DEAN, and DEAN AUCTION ASSOCS. (the "Superior Court Action").

2. Appended hereto as **Exhibit A**, are all documents served on the removing Plaintiff in the above-referenced case as available from docketed records, including a copy of the original Complaint.

3. The District of Massachusetts, encompasses Suffolk County.

4. The Court has jurisdiction over this matter under U.S. Const. Ann. Article III, Section 2, Clause 1, a special civil rights removal statute which permits removal of any civil or criminal action by a litigant, who is denied or cannot enforce in the state court a right under any law, providing for equal civil rights of persons or who is being proceeded against for any act under color of authority derived from any law providing for equal rights. Under 28 U.S. Code § 1443, civil actions commenced in a State court against any person who is denied or cannot enforce in the courts of such State, a right under any law providing for the equal civil rights of citizens of the United States, may be removed by the Plaintiff to the district court of the United States for the district and division embracing the place wherein it is pending.

5.     Plaintiff Nicholas Fiorillo may thus remove this action to this Court, under Under 28 U.S. Code § 1443 and U.S. Const. Ann. Article III, Section 2, Clause 1. Additionally, due to the multiplicity of Federal questions raised in both this instant action and related actions involving the same parties currently under this Court's jurisdiction, removal of this matter is proper and prudent.

**Notice to Defendant(s) and Superior Court of Removal of Civil Action**

6.     Plaintiff Nicholas Fiorillo will promptly serve a copy of this Notice of Removal on counsel for Defendant(s), and will file a copy of this Notice of Removal with the Clerk of the Superior Court for the County of Suffolk, pursuant to 28 U.S.C. § 1446(d).

Dated: October 19, 2022                    NICHOLAS FIORILLO
                                           /s/ Nicholas Fiorillo
                                           3 Kales Way
                                           Harwich Port, MA 02646-1936
                                           Tel: (508)-776-7219
                                           metrowestrealty@yahoo.com

CERTIFICATE OF SERVICE

The undersigned states that he served a copy of this Notice of Removal on counsel for Defendant(s) by email, and filed a copy of this Notice of Removal with the Clerk of the Superior Court for the County of Suffolk, pursuant to 28 U.S.C. § 1446(d).

/s/Nicholas Fiorillo